IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICTOR MOODY,<br><br>              Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>              Defendant. | 8:24CV456<br><br>ORDER TO PROCEED IN FORMA PAUPERIS |

      This case is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Filing 2, in this judicial review of the decision of the Commissioner of Social Security denying the Plaintiff Social Security Disability (SSD) benefits and Supplemental Security Income (SSI) for lack of disability. Filing 1. The Court finds that Plaintiff's Application satisfies the requirements of 28 U.S.C. § 1915(a)(1) and demonstrates that Plaintiff is unable to pay the fees or give security to commence this action. Accordingly,

      IT IS ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Filing 2, is granted.

      Dated this 26th day of November, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge