IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VICTOR MOODY,

               Plaintiff,

     vs.

LELAND DUDEK, Acting Commissioner of
Social Security,[1]

               Defendant.

**8:24CV456**

**ORDER ON MOTION FOR EXTENSION
OF TIME TO FILE MOTION TO
AFFIRM COMMISSIONER'S DECISION**

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 14. Defendant seeks a thirty-day extension from March 28, 2025, to April 28, 2025, to file a Motion to Affirm the Commissioner's Decision and supporting brief. Filing 14 at 1. Defendant explains that he relies on the Social Security Administration's (SSA) agency counsel to provide substantive support and assistance in responding to Plaintiff's Motion to Reverse, but due to workload demands, SSA agency counsel is unable to provide such support under the current deadline for Defendant's Motion to Affirm. Filing 14 at 1. Defendant also represents that Plaintiff's counsel has been notified and does not oppose the requested extension. Filing 14 at 1. The Court finds good cause for the requested extension. Accordingly,

IT IS ORDERED that on Defendant's Unopposed Motion for Extension of Time, Filing 14, is granted, and Defendant shall have to and including April 28, 2025, to file a Motion to Affirm the Commissioner's Decision and supporting brief.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. He is substituted for former Defendant Michelle King pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. § 405(g).

Dated this 21st day of March, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge